DAVID C. ALLEN (SBN 190479)
*david.allen@btlaw.com*
KELLEY S. OLAH (SBN 245180)
*kelley.olah@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.; JOHNSON &
JOHNSON; JOHNSON & JOHNSON SERVICES, INC.;
PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN
STATE ORTHOPAEDICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL HIRSCH and MARILYN HIRSCH, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED, <br><br> Defendants. | Case No. CV17-01855-WHO <br><br> **ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** <br><br> JURY TRIAL DEMANDED <br><br> Complaint Filed: March 1, 2017 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay All Proceedings submitted by Plaintiffs CARL HIRSCH and MARILYN HIRSCH and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., PINNACLE WEST ORTHOPAEDICS, INC., GOLDEN STATE ORTHOPAEDICS, INC., THOMAS SCHMALZRIED, M.D. (hereafter collectively "the Parties"); upon consideration of all

CV17-01855-WHO

ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

documents, files, and pleadings in this action; and upon good cause shown, it is hereby
ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;

3. Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 11, 2017

UNITED STATES DISTRICT COURT

- 1 -　CV17-01855-WHO

ORDER RE STIPULATION TO STAY ALL PROCEEDINGS